ATTORNEY GRIEVANCE COMMISSION     *     IN THE

OF MARYLAND     *     COURT OF APPEALS

    *     OF MARYLAND

      Petitioner     *

    *     Misc. Docket AG

v.     *     No. 0067

    *     September Term, 2014

EUGENE ALAN SHAPIRO     *

    *

      Respondent     *

    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Joint Petition for Disbarment By Consent filed herein pursuant to Maryland Rule 16-772, it is this __3rd__ day of ____November____, 2015,

ORDERED, by the Court of Appeals of Maryland, that Eugene Alan Shapiro, who was indefinitely suspended from the practice of law in the State of Maryland by a prior Opinion and Order of this Court filed January 30, 2015, is hereby disbarred by consent for additional professional misconduct in violation of Rules 1.1, 1.2(a), 1.3, 1.4, 1.16(a) & (d), 8.1(a) & (b) and 8.4(a), (c) & (d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court, in accordance with Rule 16-772(d), shall certify the disbarment of Eugene Alan Shapiro to the Trustees of the Client Protection Fund of the Bar of Maryland and the clerks of all courts in this State; and it is further

ORDERED, that judgment is hereby entered in favor of the Attorney Grievance Commission of Maryland against Eugene Alan Shapiro in the amount of $910.95.

/s/ Lynne A. Battaglia

Senior Judge